# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BROADCAST MUSIC, INC., HOUSE OF CASH, INC.; SCREEN GEMS-EMI MUSIC, INC.; FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF; ROSE MUSIC; R-KEY DARKUS PUBLISHING; ORBI-LEE PUBLISHING; ROYS BOYS LLC; MUSCLE SHOALS SOUND PUBLISHING CO., a division of NORTHSIDE PARTNERS; PEERMUSIC III LTD.; EPA PUBLISHING; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; GIBB BROTHERS MUSIC; CROMPTON SONGS; SIREN SONGS; EMI BLACKWOOD MUSIC INC.; WARNER-TAMERLANE PUBLISHING CORP.; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.;

        Plaintiffs,

v.

TASTE and SPIRIT, LLC d/b/a MEADOWS VILLAGE PUB a/k/a THE MEADOWS VILLAGE PUB and TONY TANNUS, individually,

        Defendants.

CASE NO.: 8:22-CV-01790-VMC-SPF

## PLAINTIFFS' MOTION FOR RULE 55(a)
## DEFAULT AGAINST DEFENDANTS

Plaintiffs, BROADCAST MUSIC, INC., et al., through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 55(a), hereby moves for a Clerk's Default declaring Defendants, TASTE AND SPIRIT, LLC d/b/a MEADOWS VILLAGE PUB a/k/a THE MEADOWS VILLAGE PUB and TONY TANNUS, individually, in default of this civil action for their failure to respond to Plaintiffs' Complaint for the reasons stated herein.

## DISCUSSION

On August 16, 2022, the Defendants were served with Plaintiffs' Complaint (Dkt, 15, 16). Pursuant to the date of service, the Defendants were required to respond to the Complaint on or before September 6, 2022. To date, Defendants have not filed a responsive pleading. *See* Declaration of Zachary D. Messa at Exhibit "1."

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. *See* Fed. R. Civ. P. 55(a). As a result of the Defendants' failure to timely respond to the Complaint, Plaintiffs' request the entry of default.

**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**

s/ Zachary D. Messa
**Zachary D. Messa**
Florida Bar No. 513601
zacharym@jpfirm.com
911 Chestnut Street
Clearwater, Florida 33756
Telephone (727) 461-1818
Facsimile (727) 441-8617

And

**Frank R. Jakes**
Florida Bar No. 372226
frankj@jpfirm.com
Post Office Box 1100
Tampa, Florida 33601-1100
Telephone (813) 225-2500
Facsimile (813) 223-7118
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 12, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk using the CM/ECF system and sent via U.S. Mail on September 12, 2022, to Defendants listed below:

Taste and Spirit, LLC
c/o Tony Tannus, Registered Agent
5013 Ringwood MDW
Sarasota, FL 34235

Tony Tannus
5013 Ringwood MDW
Sarasota, FL  34235

                                      s/ Zachary D. Messa
                                      **Zachary D. Messa**